

# Fourth Court of Appeals
## San Antonio, Texas

November 27, 2017

No. 04-17-00453-CR

Cody Shane **PIEPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16199
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on December 22, 2017. No further extensions, absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court